IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEYME, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| THE HILLMAN GROUP, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff KeyMe, LLC ("Plaintiff" or "KeyMe") asserts claims against Defendant The Hillman Group, Inc. ("Defendant" or "Hillman") for infringement of U.S. Patent No. 8,682,468 ("the '468 Patent"). KeyMe alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

2.      KeyMe is a limited liability company organized and existing under the laws of Delaware, having a principal place of business at 5 Penn Plaza, New York, New York 10001.

3.      Upon information and belief, Hillman is a corporation organized and existing under the laws of Delaware that maintains its principal place of business at 10590 Hamilton Avenue, Cincinnati, Ohio 45231.

## JURISDICTION AND VENUE

4.      This is an action for patent infringement in violation of the Patent Act of the United States, 35 U.S.C. § 1 *et seq*.

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.      Hillman is subject to this Court's specific and general personal jurisdiction pursuant to Hillman's substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Delaware and in this judicial district; and (iii) being incorporated in this District.

7.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) because Hillman resides in this District under the Supreme Court's opinion in *TC Heartland v. Kraft Foods Group Brands LLC,* 137 S. Ct. 1514 (2017) through its incorporation in Delaware.

## BACKGROUND

**A.  KeyMe and Its Key Duplication Technology**

8.      KeyMe was founded in 2012 as a company specializing in using technology to duplicate keys. It has continued to grow and expand each year since its founding.

9.      KeyMe gives consumers the technology to create digital copies of their keys so that consumers can readily duplicate their key when the consumer loses access to their key (such as by misplacing the key or by getting locked out of their house or vehicle).

10.     KeyMe has established thousands of self-service kiosks around the country that consumers can use to create digital copies of their keys, and create a physical duplicate of their key based on the digital copy.

11.     More specifically, using 3D imaging and algorithms, KeyMe's technology allows a consumer to scan their physical key at a KeyMe kiosk, which then creates and uploads a digital

copy to the cloud. The consumer can later access this digital copy at the same or a different KeyMe kiosk and print a physical duplicate of the key at the kiosk.

12.     KeyMe obtained several patents covering its key duplication technology, including the '468 Patent.

**B.  The '468 Patent**

13.     On March 25, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '468 Patent, entitled "Systems and Methods for Duplicating Keys," after a full and fair examination. The '468 Patent is attached hereto as **Exhibit A** and is incorporated herein as if fully rewritten.

14.     KeyMe is the assignee and owner of the right, title, and interest in and to the '468 Patent. KeyMe has the right to assert all causes of action arising under the '468 Patent and the right to any remedies for infringement of it.

15.     The '468 Patent is valid, enforceable, and duly issued in full compliance with Title 35 of the United States Code.

16.     The '468 Patent is generally directed to systems and methods involving scanning a key to create a digital copy of the key, storing the digital copy of the key, and creating a physical copy of the key based on the stored digital copy. As part of these inventions, the patented systems and methods use various security features to protect the digital copies of the keys. As well, the '468 Patent discloses the use of an application (such as on a smartphone or tablet computer) to perform (at least parts of) the patented systems and methods.

**C.  The Accused Product**

17.     Hillman makes, uses, sells, and/or offers for sale systems and methods that create a digital copy of a key that is stored and can later be used to print a physical duplicate of that

key. At a basic level, these systems and methods use (i) a kiosk with (ii) an application-based system to store digital copies of keys.

18.     Upon information and belief, in collaboration with UniKey Technologies, Inc. ("UniKey"), Hillman makes, uses, sells, and/or offers for sale KeyHero. KeyHero is an application-compatible system that uses Hillman's KeyKrafter kiosks and MinuteKey kiosks to create a digital copy of a key, store the digital copy, and later use the digital copy to print a physical copy of the key.

19.     More specifically, upon information and belief, Hillman's KeyHero system involves Hillman's KeyKrafter kiosk scanning and measuring the user's key to create a digital copy of the key. KeyHero then stores the digital copy, and sends it to the user's smartphone application. The user can later use one of Hillman's KeyKrafter kiosks to print a physical duplicate of their key based on the stored digital copy. *See* https://www.mykeyhero.com/.

20.     KeyHero is also compatible with MinuteKey kiosks. *See* https://www.minutekey.com/green/#. Upon information and belief, the MinuteKey kiosks have the same function and operation as the KeyKrafter kiosks in relation to the KeyHero system.

> Our VIP program is ending, but this doesn't mean the end of our awesome benefits. Say hello to KeyHero, an app that saves a digital copy of your key to the cloud, letting you cut your saved digital key at any minuteKEY kiosk in any Lowe's store!

**SIGN UP FOR KEYHERO TODAY**

https://www.minutekey.com/green/#

Our kiosk technology uses state-of-the-art security methods to
ensure your key data is kept safe and secure through military-
grade encryption. Our KeyHero app does not demand personal
information beyond a name and email address and is designed
to utilize the highest proven security standards.

Learn more about our security measures at
www.mykeyhero.com/security

https://www.minutekey.com/green/# (including a link to the KeyHero website)

21.     Hillman's KeyHero system thus works in conjunction with Hillman's KeyKrafter
kiosks and MinuteKey kiosks to create a digital copy of a key, store the digital copy, and later
print a physical duplicate of the key. This combination of Hillman's KeyHero system with
Hillman's KeyKrafter or MinuteKey kiosks (the "Accused Product") infringes the '468 Patent.

22.     Upon information and belief, Hillman collaborates with UniKey to make, use,
sell, and/or offer for sale the Accused Product.

23.     Upon information and belief, Hillman is the chief actor in making, using, selling,
and/or offering for sale the Accused Product. As well, Hillman conveys to the public that it
controls the Accused Product.

24.     For example, the KeyHero website has Hillman's copyright stamp.



https://www.mykeyhero.com/

25.     Additionally, the KeyHero website describes Hillman as the controlling and
original mastermind of KeyHero. On KeyHero's "About Us" page, the "KeyHero team" is

described from Hillman's perspective. For example, the KeyHero website states, "The Hillman Group is the leader in key duplication technology with over 50 years' experience in the hardware industry. **Our** heritage is built on unsurpassed key expertise, quality, service, and user satisfaction. When **we** started to develop this concept at The Hillman Group **we** knew **we** needed a counterpart that could bring phone application and digital security expertise to the project. That's where **our** great partners at UniKey **became part** of the KeyHero™ team." https://www.mykeyhero.com/about-us/ (emphasis added).

26.     Thus, upon information and belief, Hillman directs and controls the Accused Product, including UniKey's role in relation to the Accused Product.

27.     As a result, Hillman is fully and independently liable for the Accused Product's infringement of the '468 Patent.

28.     Alternatively, if Hillman does not direct or control UniKey in regards to the Accused Product, upon information and belief, Hillman and UniKey are joint partners where each has an equal right of control. For example, the KeyHero website describes Hillman and UniKey as "partners." https://www.mykeyhero.com/about-us/; *see also*

## Together, we brought KeyHero™ to life.

https://www.mykeyhero.com/about-us/

29.     As a result of any such joint infringement, Hillman is fully and independently liable for the Accused Product's infringement of the '468 Patent.

30.     The Accused Product infringes the '468 Patent as set forth in below.

## **COUNT I – INFRINGEMENT OF THE '468 PATENT**

31.     Plaintiff realleges and incorporates by reference all of the allegations set forth in the preceding Paragraphs.

32.     Upon information and belief, in violation of 35 U.S.C. § 271, Hillman has and continues to directly and indirectly infringe, literally and under the doctrine of equivalents, at least claims 1, 16, 19, and 34 of the '468 Patent by making, using, selling, offering for sale, and/or providing and causing to be used the Accused Product.

33.     Claim 1 of the '468 Patent claims a system for creating keys, the system comprising:

a first kiosk comprising:

a key scanner that captures first geometric information about a first key and captures second geometric information about a second key; and

a first hardware processor that:

receives first security information specified by a first particular user and identifying the first particular user;

automatically determines a key type of the first key from a plurality of known key types based on the captured geometric information about the first key;

automatically determines bit heights of the first key based on the captured geometric information about the first key;

causes the first geometric information, including the key type of the first key and the bit heights of the first key, and first identifying information based on the first security information to be stored at a remote storage device;

receives second security information specified by a second particular user and identifying the second particular user;

automatically determines a key type of the second key from the plurality of known key types based on the captured geometric information about the second key;

automatically determines bit heights of the first key based on the captured geometric information about the second key; and

causes the second geometric information, including the key type of the second key and the bit heights of the second key, and second

identifying information based on the second security information to be stored at a remote storage device;

a second kiosk comprising:

a second hardware processor that:

receives third security information, wherein the third security information corresponds to the first identifying information but not the second identifying information;

verifies that the third security information corresponds to the first identifying information;

identifies first stored geometric information about one or more keys that can be made in response to verifying that the third security information corresponds to the first security information, wherein the first stored geometric information includes the first geometric information but does not include the second geometric information; and

receives the first geometric information from the remote storage device based on the verification that the third security information corresponds to the first security information; and

a first key shaping device that creates a third key using the first geometric information, including the key type of the first key and the bit heights of the first key; and

a third kiosk comprising:

a third hardware processor that:

receives fourth security information, wherein the fourth security information corresponds to the second identifying information but not the third identifying information;

verifies that the fourth security information corresponds to the second identifying information;

identifies second stored geometric information about one or more keys that can be made in response to verifying that the fourth security information corresponds to the second security information, wherein the second stored geometric information includes the second geometric information but does not include the first geometric information; and

receives the second geometric information from the remote storage device based on the verification that the fourth security information corresponds to the second security information; and

a second key shaping device that creates a fourth key using the second geometric information, including the key type of the second key and the bit heights of the second key.

34.     The Accused Product contains each of the above limitations.

35.     The Accused Product is a system that creates keys.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/

36.     The Accused Product contains a first kiosk with a key scanner that captures geometric information about a first key and captures geometric information about a second key. As shown below, the user puts their key into the KeyKrafter kiosk so that a scanner can capture the key's geometric information.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)



https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



https://www.mykeyhero.com/how-to/

37.     Likewise, the user can put their key into the MinuteKey kiosk so that a scanner can capture the key's geometric information.



https://www.mykeyhero.com/

https://www.minutekey.com/ (MinuteKey)



https://www.mykeyhero.com/how-to/

38.    Upon information and belief, the Accused Product's first kiosk contains a hardware processor.

39.    Upon information and belief, the hardware processor of the Accused Product's first kiosk receives security information specified by a first particular user that identifies this first user. As shown below, the user enters security information into the KeyKrafter kiosk to identify the user.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

40.    As shown below, a user likewise enters security information into the MinuteKey kiosk with KeyHero compatibility to identify the user.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

41.    Upon information and belief, the hardware processor of the Accused Product's first kiosk automatically determines a key type of the first key from a plurality of known key types based on the captured geometric information about the first key. As shown below, the KeyKrafter kiosk determines the key type after the key is inserted into the machine.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)

42.     Likewise, the MinuteKey kiosk determines the key type after the key is inserted into the machine.



https://www.minutekey.com/ (MinuteKey)

14



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

43.     Upon information and belief, the hardware processor of the Accused Product's first kiosk automatically determines bit heights of the first key based on the captured geometric information about the first key. As shown below, on information and belief the KeyKrafter kiosk determines the bit heights of the key as evidenced by the fact that the kiosk later cuts a physical copy of the key based on digital information.



https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/

44.    Likewise, the MinuteKey kiosk determines the key's bit heights after the key is inserted into the machine.



https://www.minutekey.com/ (MinuteKey)

16

45.     Upon information and belief, the hardware processor of the Accused Product's first kiosk causes the first geometric information, including the first key's key type and bit heights, and the identifying information based on the first security information to be stored at a remote storage device. As shown below, the KeyHero system stores, on servers, the digital keys created from the KeyKrafter and MinuteKey kiosks that work in conjunction with the KeyHero system.

FAQS

# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

46.     The hardware processor of the Accused Product's first kiosk receives second security information specified by a second particular user that identifies this second particular user. As shown below, a user enters security information into the KeyKrafter kiosk to identify the user.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

47.     As shown below, a user likewise enters security information into the MinuteKey kiosk compatible with KeyHero to identify the user.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

48.     Upon information and belief, the hardware processor of the Accused Product's first kiosk automatically determines a key type of the second key from the plurality of known key types based on the captured geometric information about the second key. As shown below, the KeyKrafter kiosk determines the key type after the key is inserted into the machine.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)

49.    Likewise, the MinuteKey kiosk determines the key type after the key is inserted into the machine.



https://www.minutekey.com/ (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

50.     Upon information and belief, the hardware processor of the Accused Product's first kiosk automatically determines bit heights of the second[1] key based on the captured geometric information about the second key. As shown below, on information and belief the KeyKrafter kiosk determines the bit heights of the key as evidenced by the fact that the kiosk later cuts a physical copy of the key based on digital information.

---

[1] This claim element contains a typographical error. The claim element currently states, "…automatically determines bit heights of the *first* key based on the captured geometric information about the second key" (italics added). The language of "first key" should state "second key" so that the claim element reads "…automatically determines bit heights of the *second* key based on the captured geometric information about the second key" (correction in italics). KeyMe expects that this error will be remedied during claim construction. Thus, KeyMe applies the correct reading of the claim element here.



[https://www.youtube.com/watch?v=G2FP2r90chI](https://www.youtube.com/watch?v=G2FP2r90chI) (annotations added) (KeyKrafter)



[https://www.youtube.com/watch?v=G2FP2r90chI](https://www.youtube.com/watch?v=G2FP2r90chI)

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

[https://www.mykeyhero.com/](https://www.mykeyhero.com/)

51.     Likewise, the MinuteKey kiosk determines the key's bit heights after the key is inserted into the machine.



https://www.minutekey.com/ (MinuteKey)

52. Upon information and belief, the hardware processor of the Accused Product's first kiosk causes the second geometric information, including the second key's key type and bit heights, and the identifying information based on the second security information to be stored at a remote storage device. As shown below, the KeyHero system stores, on servers, the digital keys created from the KeyKrafter and MinuteKey kiosks that work in conjunction with the KeyHero system.

FAQS

# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

53. The Accused Product contains a second kiosk that has a hardware processor. As shown below, the KeyHero system works with and among multiple kiosks at a variety of locations.



https://www.mykeyhero.com/

### FAQS

## If I back up my keys at one location, can I cut them at a different merchant store?

Yes, you can cut any key you have backed up in KeyHero™ at any merchant with a compatible KeyKrafter™ (look for the KeyHero™ emblem on the front of the machine). However, keep in mind that different merchants carry different key types. The same key types you cut previously may not be available at the one you are planning to go to.

https://www.mykeyhero.com/faq/if-i-back-up-my-keys-at-one-location-can-i-cut-them-at-a-different-merchant-store.html

54.    The hardware processor of the Accused Product's second kiosk receives third security information, wherein the third security information corresponds to the first identifying information but not the second identifying information. As shown below, a specific KeyKrafter kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI

55.     Likewise, a specific MinuteKey kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

56.     Upon information and belief, the hardware processor of the Accused Product's second kiosk verifies that the third security information corresponds to the first identifying

information. As shown below, the user must enter the correct pin number for the KeyKrafter

kiosk to work.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI

57.     Likewise, the user must enter the correct pin number for the MinuteKey kiosk to

work.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

58.     Upon information and belief, the hardware processor of the Accused Product's

second kiosk identifies first stored geometric information about one or more keys that can be

made in response to verifying that the third security information corresponds to the first security

information, wherein the first stored geometric information includes the first geometric information but does not include the second geometric information. As shown below, the KeyKrafter kiosk identifies digital copies of keys associated with the specific user.



https://www.youtube.com/watch?v=G2FP2r90chI

59.     Upon information and belief, the MinuteKey kiosk likewise identifies the digital keys associated with the specific user, as evidenced by the fact that the kiosk gives the user the option to print a physical duplicate of a saved key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

60.     Upon information and belief, the hardware processor of the Accused Product's second kiosk receives the first geometric information from the remote storage device based on the verification that the third security information corresponds to the first security information. As shown below, the kiosk receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



https://www.youtube.com/watch?v=G2FP2r90chI



https://www.youtube.com/watch?v=G2FP2r90chI

61.     The MinuteKey kiosk likewise receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.minutekey.com/ (MinuteKey)

62.     The Accused Product's second kiosk contains a first key shaping device that creates a third key using the first geometric information, including the first key's key type and bit heights. As shown below, the KeyKrafter kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

63.     Likewise, the MinuteKey kiosk cuts a physical duplicate of the key.



https://www.minutekey.com/ (MinuteKey)

64.     The Accused Product contains a third kiosk that has a hardware processor. As shown below, the KeyHero system works with and among multiple kiosks at a variety of locations.



https://www.mykeyhero.com/

**FAQS**

# If I back up my keys at one location, can I cut them at a different merchant store?

Yes, you can cut any key you have backed up in KeyHero™ at any merchant with a compatible KeyKrafter™ (look for the KeyHero™ emblem on the front of the machine). However, keep in mind that different merchants carry different key types. The same key types you cut previously may not be available at the one you are planning to go to.

https://www.mykeyhero.com/faq/if-i-back-up-my-keys-at-one-location-can-i-cut-them-at-a-different-merchant-store.html

65.     The hardware processor of the Accused Product's third kiosk receives fourth security information, wherein the fourth security information corresponds to the second identifying information but not the third identifying information. As shown below, a specific KeyKrafter kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI

66.    Likewise, a specific MinuteKey kiosk is paired with a user's personal KeyHero

application using a secure pin number that ensures the kiosk identifies the correct user and digital

key copy.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

67.    Upon information and belief, the hardware processor of the Accused Product's

third kiosk verifies that the fourth security information corresponds to the second identifying

information. As shown below, the user must enter the correct pin number for the KeyKrafter

kiosk to work.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI

68.     Likewise, the user must enter the correct pin number for the MinuteKey kiosk to

work.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

69.     Upon information and belief, the hardware processor of the Accused Product's

third kiosk identifies second stored geometric information about one or more keys that can be

made in response to verifying that the fourth security information corresponds to the second security information, wherein the second stored geometric information includes the second geometric information but does not include the first geometric information. As shown below, the KeyKrafter kiosk identifies digital copies of keys associated with the specific user.



https://www.youtube.com/watch?v=G2FP2r90chI

70.     Upon information and belief, the MinuteKey kiosk likewise identifies the digital keys associated with the specific user, as evidenced by the fact that the kiosk gives the user the option to print a physical duplicate of a saved key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

71.     Upon information and belief, the hardware processor of the Accused Product's third kiosk receives the second geometric information from the remote storage device based on the verification that the fourth security information corresponds to the second security information. As shown below, the kiosk receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

72.     The MinuteKey kiosk likewise receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.minutekey.com/ (MinuteKey)

73.     The Accused Product's third kiosk contains a second key shaping device that creates a fourth key using the second geometric information, including the second key's key type and bit heights. As shown below, the KeyKrafter kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

74.    Likewise, the MinuteKey kiosk cuts a physical duplicate of the key.



https://www.minutekey.com/ (MinuteKey)

75.    Claim 16 of the '468 Patent claims a system for creating keys, the system

comprising:

>        a computing device comprising:
>
>>             a storage device; and
>>
>>             a first hardware processor that:
>>
>>>                  receives first geometric information about a first key from a first
>>>                  source, wherein the first geometric information includes a first key
>>>                  type of the first key and first bit heights of the first key determined

based on geometric information about the first key captured at the first source;

receives first identifying information identifying a first particular user based on first security information specified by the first particular user in connection with the first geometric information;

causes the first geometric information and the first identifying information to be stored at the storage device;

receives second geometric information about a second key from a second source, wherein the second geometric information includes a second key type of the second key and second bit heights of the second key determined based on geometric information about the second key captured at the second source;

receives second identifying information identifying a second particular user based on second security information specified by the second particular user in connection with the second geometric information; and

causes the second geometric information and the second identifying information to be stored at the storage device;

a first kiosk comprising:

a first communication network interface; and

a second hardware processor that:

receives third security information, wherein the third security information corresponds to the first identifying information but not the second identifying information;

verifies that the third security information corresponds to the first identifying information;

identifies first stored geometric information about one or more keys that can be made in response to verifying that the third security information corresponds to the first security information, wherein the first stored geometric information includes the first geometric information but does not include the second geometric information; and

receives the first geometric information from the storage device using the first communication network interface based on the

> > verification that the third security information corresponds to the first security information; and
>
> a first key shaping device that creates a third key based on the first geometric information, including the first key type and the first bit heights; and

a second kiosk comprising:

> a second communication network interface;
>
> a third hardware processor that:
>
> > receives fourth security information, wherein the fourth security information corresponds to the second identifying information but not the first identifying information;
> >
> > verifies that the fourth security information corresponds to the second identifying information;
> >
> > identifies second stored geometric information about one or more keys that can be made in response to verifying that the fourth security information corresponds to the second security information, wherein the second stored geometric information includes the second geometric information but does not include the first geometric information; and
> >
> > receives the second geometric information from the storage device using the second communication network interface based on the verification that the fourth security information corresponds to the second security information; and
>
> a second key shaping device that creates a fourth key based on the second geometric information, including the second key type and the second bit heights.

76.    The Accused Product contains each of the above limitations.

77.    The Accused Product is a system for creating keys.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/

78.     The Accused Product contains a computing device that is comprised of a storage device and a first hardware processor. As shown below, the Accused Product requires use of a kiosk and servers, both of which, upon information and belief, require a processor and include memory.

The process starts at our KeyKrafter™ key cutting machine at your local retailer. You are required to scan your key at one of our many great national retail partners to ensure the security of your digital key creation and upload. Our KeyKrafter™

https://www.mykeyhero.com/security/

FAQS

# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

79.     Upon information and belief, the hardware processor of the Accused Product's computing device receives first geometric information about a first key from a first source, wherein the first geometric information includes a first key's key type and bit heights determined based on geometric information about the first key captured at the first source. As shown below, the user puts their key into the KeyKrafter kiosk so that a scanner can capture the key's geometric information, which includes the key's key type and bit heights as a physical duplicate

of the key is later cut based on this received geometric information. Upon information and belief, this geometric information is received by the server processor.



HOW IT WORKS

https://www.mykeyhero.com/



https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI

80.    Likewise, the user can put their key into the MinuteKey kiosk so that a scanner

can capture the key's geometric information, which on information and belief is received by the

server processor.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your
local hardware store and save it to the KeyHero app. Then if you've lost your key or just
need a spare, you can cut one without needing the original. You can also share your digital
key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.minutekey.com/ (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

81.     The hardware processor of the Accused Product's computing device receives first identifying information identifying a first particular user based on first security information specified by the first particular user in connection with the first geometric information. As shown below, the user enters information into the KeyKrafter kiosk to identify the user. Upon information and belief, this identifying information is received by the Accused Product's server processor.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



https://www.youtube.com/watch?v=G2FP2r90chI

82.     As shown below, a user likewise enters information into the MinuteKey kiosk
with KeyHero compatibility to identify the user. Upon information and belief, this identifying
information is received by the Accused Product's server processor.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

83.     The hardware processor of the Accused Product's computing device causes the
first geometric information and the first identifying information to be stored at the storage

device. As shown below, the KeyHero system stores, on servers, the digital keys created from the KeyKrafter and MinuteKey kiosks that work in conjunction with the KeyHero system.

FAQS

# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

84.     Upon information and belief, the hardware processor of the Accused Product's computing device receives second geometric information about a second key from a second source, wherein the second geometric information includes a second key's key type and bit heights determined based on geometric information about the second key captured at the second source. As shown below, the user puts their key into the KeyKrafter kiosk so that a scanner can capture the key's geometric information, which includes the key's key type and bit heights as a physical duplicate of the key is later cut based on this received geometric information. Upon information and belief, this geometric information is received by the server processor.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)



https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



https://www.youtube.com/watch?v=G2FP2r90chI

85.     Likewise, the user can put their key into the MinuteKey kiosk so that a scanner can capture the key's geometric information, which on information and belief is received by the server processor.

**HOW IT WORKS**

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.minutekey.com/ (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.mykeyhero.com/how-to/

86.     The hardware processor of the Accused Product's computing device receives second identifying information identifying a second particular user based on second security information specified by the second particular user in connection with the second geometric information. As shown below, a user enters information into the KeyKrafter kiosk to identify the user. Upon information and belief, this identifying information is received by the Accused Product's server processor.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

87.     As shown below, a user likewise enters information into the MinuteKey kiosk with KeyHero compatibility to identify the user. Upon information and belief, this identifying information is received by the Accused Product's server processor.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

88.     The hardware processor of the Accused Product's computing device causes the second geometric information and the second identifying information to be stored at the storage device. As shown below, the KeyHero system stores, on servers, the digital keys created from the KeyKrafter and MinuteKey kiosks that work in conjunction with the KeyHero system.

###### FAQS

# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

89.     The Accused Product contains a first kiosk comprised of a first communication network interface and a second hardware processor. The KeyKrafter kiosk has an interface that allows communication.



Key Hero HD Introduction

https://www.youtube.com/watch?v=NVbxayF26uA (KeyKrafter)

### FAQS

# If I back up my keys at one location, can I cut them at a different merchant store?

Yes, you can cut any key you have backed up in KeyHero™ at any merchant with a compatible KeyKrafter™ (look for the KeyHero™ emblem on the front of the machine). However, keep in mind that different merchants carry different key types. The same key types you cut previously may not be available at the one you are planning to go to.

https://www.mykeyhero.com/faq/if-i-back-up-my-keys-at-one-location-can-i-cut-them-at-a-different-merchant-store.html

### FAQS

# What happens if there is limited or no cellular connection to the KeyKrafter™?

The sending/receiving of digital key files to and from the KeyKrafter™ depends on a cellular signal. If there is limited or no cellular connection at the time of your visit, the area is most likely experiencing a temporary signal loss. We apologize for the inconvenience and request that you try again later.

https://www.mykeyhero.com/faq/what-happens-if-there-is-limited-or-no-cellular-connection-to-the-keykrafter.html

90.     Likewise, the MinuteKey kiosk has an interface that allows communication.



https://www.minutekey.com/ (MinuteKey)

**FAQS**

# If I back up my keys at one location, can I cut them at a different merchant store?

Yes, you can cut any key you have backed up in KeyHero™ at any merchant with a compatible KeyKrafter™ (look for the KeyHero™ emblem on the front of the machine). However, keep in mind that different merchants carry different key types. The same key types you cut previously may not be available at the one you are planning to go to.

https://www.mykeyhero.com/faq/if-i-back-up-my-keys-at-one-location-can-i-cut-them-at-a-different-merchant-store.html

91.     The hardware processor of the Accused Product's first kiosk receives third security information, wherein the third security information corresponds to the first identifying information but not the second identifying information. As shown below, a specific KeyKrafter kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

92.     Likewise, a specific MinuteKey kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

93.     Upon information and belief, the hardware processor of the Accused Product's first kiosk verifies that the third security information corresponds to the first identifying

information. As shown below, the user must enter the correct pin number for the KeyKrafter

kiosk to work.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI

94.     Likewise, the user must enter the correct pin number for the MinuteKey kiosk to

work.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

95.     Upon information and belief, the hardware processor of the Accused Product's

first kiosk identifies first stored geometric information about one or more keys that can be made

in response to verifying that the third security information corresponds to the first security information, wherein the first stored geometric information includes the first geometric information but does not include the second geometric information. As shown below, the KeyKrafter kiosk identifies digital copies of keys associated with the specific user.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

96.     Upon information and belief, the MinuteKey kiosk likewise identifies the digital keys associated with the specific user, as evidenced by the fact that the kiosk gives the user the option to print a physical duplicate of a saved key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

97.     Upon information and belief, the hardware processor of the Accused Product's first kiosk receives the first geometric information from the storage device using the first communication network interface based on the verification that the third security information corresponds to the first security information. As shown below, the kiosk receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



https://www.youtube.com/watch?v=G2FP2r90chI



https://www.youtube.com/watch?v=G2FP2r90chI

98.     The MinuteKey kiosk likewise receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.minutekey.com/ (MinuteKey)

99.     The Accused Product's first kiosk contains a first key shaping device that creates a third key based on the first geometric information, including the first key's key type and bit heights. As shown below, the KeyKrafter cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

100.    Likewise, the MinuteKey kiosk cuts a physical duplicate of the key.



https://www.minutekey.com/ (MinuteKey)

101.    The Accused Product contains a second kiosk comprised of a second communication network interface and a third hardware processor. As shown below, the KeyHero system works with and among multiple kiosks at a variety of locations. Also shown below is a KeyKrafter kiosk with an interface that allows communication.



https://www.mykeyhero.com/



Key Hero HD Introduction

https://www.youtube.com/watch?v=NVbxayF26uA (KeyKrafter)

FAQS

# If I back up my keys at one location, can I cut them at a different merchant store?

Yes, you can cut any key you have backed up in KeyHero™ at any merchant with a compatible KeyKrafter™ (look for the KeyHero™ emblem on the front of the machine). However, keep in mind that different merchants carry different key types. The same key types you cut previously may not be available at the one you are planning to go to.

https://www.mykeyhero.com/faq/if-i-back-up-my-keys-at-one-location-can-i-cut-them-at-a-different-merchant-store.html

FAQS

# What happens if there is limited or no cellular connection to the KeyKrafter™?

The sending/receiving of digital key files to and from the KeyKrafter™ depends on a cellular signal. If there is limited or no cellular connection at the time of your visit, the area is most likely experiencing a temporary signal loss. We apologize for the inconvenience and request that you try again later.

https://www.mykeyhero.com/faq/what-happens-if-there-is-limited-or-no-cellular-connection-to-the-keykrafter.html

102.    Likewise, the MinuteKey kiosk has an interface that allows communication.



https://www.minutekey.com/ (MinuteKey)

FAQS

# If I back up my keys at one location, can I cut them at a different merchant store?

Yes, you can cut any key you have backed up in KeyHero™ at any merchant with a compatible KeyKrafter™ (look for the KeyHero™ emblem on the front of the machine). However, keep in mind that different merchants carry different key types. The same key types you cut previously may not be available at the one you are planning to go to.

https://www.mykeyhero.com/faq/if-i-back-up-my-keys-at-one-location-can-i-cut-them-at-a-different-merchant-store.html

103.    The hardware processor of the Accused Product's second kiosk receives fourth security information, wherein the fourth security information corresponds to the second identifying information but not the first identifying information. As shown below, a specific KeyKrafter kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

104.    Likewise, a specific MinuteKey kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

105.    Upon information and belief, the hardware processor of the Accused Product's second kiosk verifies that the fourth security information corresponds to the second identifying information. As shown below, the user must enter the correct pin number for the KeyKrafter kiosk to work.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

106.    Likewise, the user must enter the correct pin number for the MinuteKey kiosk to work.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

107.    Upon information and belief, the hardware processor of the Accused Product's second kiosk identifies second stored geometric information about one or more keys that can be made in response to verifying that the fourth security information corresponds to the second security information, wherein the second stored geometric information includes the second geometric information but does not include the first geometric information. As shown below, the KeyKrafter kiosk identifies digital copies of keys associated with the specific user.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

108.    Upon information and belief, the MinuteKey kiosk likewise identifies the digital keys associated with the specific user, as evidenced by the fact that the kiosk gives the user the option to print a physical duplicate of a saved key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

109.    Upon information and belief, the hardware processor of the Accused Product's second kiosk receives the second geometric information from the storage device using the second communication network interface based on the verification that the fourth security

information corresponds to the second security information. As shown below, the kiosk receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



https://www.youtube.com/watch?v=G2FP2r90chI



https://www.youtube.com/watch?v=G2FP2r90chI

110.    The MinuteKey kiosk likewise receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.minutekey.com/ (MinuteKey)

111.    The Accused Product's second kiosk contains a second key shaping device that creates a fourth key based on the second geometric information, including the second key's key type and bit heights. As shown below, the KeyKrafter cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

112.   Likewise, the MinuteKey kiosk cuts a physical duplicate of the key.



https://www.minutekey.com/ (MinuteKey)

113.   Claim 19 of the '468 Patent claims a method for creating keys, the method

comprising:

> receiving, at a first kiosk, first security information specified by a first particular
> user and identifying the first particular user;
>
> capturing, using a key scanner of the first kiosk, first geometric information about
> a first key;
>
> automatically determining a key type of the first key from a plurality of known
> key types based on the first geometric information about the first key;

automatically determining bit heights of the first key based on the first geometric information about the first key;

causing, using a first hardware processor of the first kiosk, the first geometric information, including the key type of the first key and the bit heights of the first key, and first identifying information based on the first security information to be stored at a remote storage device;

receiving, at the first kiosk, second security information specified by a second user and identifying the second particular user;

capturing, using the key scanner of the first kiosk, second geometric information about a second key;

automatically determining a key type of the second key from the plurality of known key types based on the second geometric information about the second key;

automatically determining bit heights of the first key based on the second geometric information about the second key;

causing, using the first hardware processor of the first kiosk, the second geometric information, including the key type of the second key and the bit heights of the second key, and second identifying information based on the second security information to be stored at the remote storage device;

receiving, using a second hardware processor of a second kiosk, third security information, wherein the third security information corresponds to the first identifying information but not the second identifying information;

verifying, using the second hardware processor, that the third security information corresponds to the first identifying information;

identifying, using the second hardware processor, first stored geometric information about one or more keys that can be made in response to verifying that the third security information corresponds to the first identifying information, wherein the first stored geometric information includes the first geometric information but does not include the second geometric information;

receiving, using the second hardware processor, the first geometric information from the remote storage device based on the verification that the third security information corresponds to the first security information;

creating a third key using the first geometric information, including the key type of the first key and the bit heights of the first key;

receiving, using a third hardware processor of a third kiosk, fourth security information, wherein the fourth security information corresponds to the second identifying information but not the first identifying information;

verifying, using the third hardware processor, that the fourth security information corresponds to the second identifying information;

identifying, using the third hardware processor, second stored geometric information about one or more keys that can be made in response to verifying that the fourth security information corresponds to the second identifying information, wherein the second stored geometric information includes the second geometric information but does not include the first geometric information;

receiving, using the third hardware processor, the second geometric information from the remote storage device based on the verification that the fourth security information corresponds to the second security information; and

creating a fourth key using the second geometric information, including the key type of the second key and the bit heights of the second key.

114.    The Accused Product contains each of the above limitations.

115.    The Accused Product utilizes a method for creating keys.



HOW IT WORKS

## Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/

116.    The Accused Product receives, at a first kiosk, first security information specified by a first particular user and identifying the first particular user. As shown below, the user enters security information into the KeyKrafter kiosk to identify the user.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

117.    As shown below, a user likewise enters security information into the MinuteKey kiosk with KeyHero compatibility to identify the user.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

118.    The Accused Product captures, using a key scanner of the first kiosk, first geometric information about a first key. As shown below, the user puts their key into the KeyKrafter kiosk so that a scanner can capture the key's geometric information.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)



https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



https://www.mykeyhero.com/how-to/

119.   Likewise, the user can put their key into the MinuteKey kiosk so that a scanner can capture the key's geometric information.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.minutekey.com/ (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

120.    Upon information and belief, the Accused Product automatically determines a key type of the first key from a plurality of known key types based on the first geometric information about the first key. As shown below, the KeyKrafter kiosk determines the key type after the key is inserted into the machine.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)

121.    Likewise, the MinuteKey kiosk determines the key type after the key is inserted into the machine.



https://www.minutekey.com/ (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

122.    Upon information and belief, the Accused Product automatically determines bit heights of the first key based on the first geometric information about the first key. As shown below, on information and belief the KeyKrafter kiosk determines the bit heights of the key as evidenced by the fact that the kiosk later cuts a physical copy of the key based on digital information.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/

123.    Likewise, the MinuteKey kiosk determines the key's bit heights after the key is inserted into the machine.



https://www.minutekey.com/ (MinuteKey)

124.    The Accused Product causes, using a first hardware processor of the first kiosk, the first geometric information, including the first key's key type and bit heights, and first identifying information based on the first security information to be stored at a remote storage device. As shown below, the KeyHero system stores, on servers, the digital keys created from the KeyKrafter and MinuteKey kiosks that work in conjunction with the KeyHero system.

FAQS
# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

125.    The Accused Product receives, at the first kiosk, second security information specified by a second user and identifying the second particular user. As shown below, a user enters security information into the KeyKrafter kiosk to identify the user.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

126.    A user likewise enters security information into the MinuteKey kiosk with KeyHero compatibility to identify the user.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

127.   The Accused Product captures, using the key scanner of the first kiosk, second geometric information about a second key. As shown below, the user puts their key into the KeyKrafter kiosk so that a scanner can capture the key's geometric information.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)



https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



https://www.mykeyhero.com/how-to/

128.    Likewise, the user can put their key into the MinuteKey kiosk so that a scanner can capture the key's geometric information.



https://www.mykeyhero.com/

https://www.minutekey.com/ (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

129.    Upon information and belief, the Accused Product automatically determines a key type of the second key from the plurality of known key types based on the second geometric information about the second key. As shown below, the KeyKrafter kiosk determines the key type after the key is inserted into the machine.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)

130.    Likewise, the MinuteKey kiosk determines the key type after the key is inserted into the machine.



[https://www.minutekey.com/](https://www.minutekey.com/) (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

131.    Upon information and belief, the Accused Product automatically determines bit

heights of the second[2] key based on the second geometric information about the second key. As

---

[2] This claim element contains a typographical error. The claim element currently states, "…automatically determining bit heights of the *first* key based on the second geometric information about the second key" (italics added). The language of "first key" should state "second key" so that the claim element reads "…automatically determining bit heights of the *second* key based on the second geometric information about the second key" (correction in italics). KeyMe expects this error will be remedied during claim construction. Thus, KeyMe applies the correct reading of the claim element here.

86

shown below, on information and belief the KeyKrafter kiosk determines the bit heights of the

key as evidenced by the fact that the kiosk later cuts a physical copy of the key based on digital

information.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your
local hardware store and save it to the KeyHero app. Then if you've lost your key or just
need a spare, you can cut one without needing the original. You can also share your digital
key with someone, so they can cut a spare.

https://www.mykeyhero.com/

132.    Likewise, the MinuteKey kiosk determines the key's bit heights after the key is inserted into the machine.



https://www.minutekey.com/ (MinuteKey)

133.    Upon information and belief, the Accused Product causes, using the first hardware processor of the first kiosk, the second geometric information, including the second key's key type and bit heights, and second identifying information based on the second security information to be stored at the remote storage device. As shown below, the KeyHero system stores, on servers, the digital keys created from the KeyKrafter and MinuteKey kiosks that work in conjunction with the KeyHero system.

FAQS

# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

134.    The Accused Product receives, using a second hardware processor of a second kiosk, third security information, wherein the third security information corresponds to the first identifying information but not the second identifying information. As shown below, a specific KeyKrafter kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



https://www.youtube.com/watch?v=G2FP2r90chI



https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

135.    Likewise, a specific MinuteKey kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

136.     Upon information and belief, the Accused Product verifies, using the second hardware processor, that the third security information corresponds to the first identifying information. As shown below, the user must enter the correct pin number for the KeyKrafter kiosk to work.



https://www.youtube.com/watch?v=G2FP2r90chI

137.     Likewise, the user must enter the correct pin number for the MinuteKey kiosk to work.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

138.    Upon information and belief, the Accused Product identifies, using the second hardware processor, first stored geometric information about one or more keys that can be made in response to verifying that the third security information corresponds to the first identifying information, wherein the first stored geometric information includes the first geometric information but does not include the second geometric information. As shown below, the KeyKrafter kiosk identifies digital copies of keys associated with the specific user.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

139.    Upon information and belief, the MinuteKey kiosk likewise identifies the digital keys associated with the specific user, as evidenced by the fact that the kiosk gives the user the option to print a physical duplicate of a saved key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

140.    Upon information and belief, the Accused Product receives, using the second hardware processor, the first geometric information from the remote storage device based on the verification that the third security information corresponds to the first security information. As shown below, the kiosk receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

141.    The MinuteKey kiosk likewise receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.minutekey.com/ (MinuteKey)

142.     The Accused Product creates a third key using the first geometric information, including the first key's key type and bit heights. As shown below, the KeyKrafter kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

143.     Likewise, the MinuteKey kiosk cuts a physical duplicate of the key.



https://www.minutekey.com/ (MinuteKey)

144.    The Accused Product receives, using a third hardware processor of a third kiosk, fourth security information, wherein the fourth security information corresponds to the second identifying information but not the first identifying information. As shown below, a specific KeyKrafter kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI

145.    Likewise, a specific MinuteKey kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

146.    Upon information and belief, the Accused Product verifies, using the third hardware processor, that the fourth security information corresponds to the second identifying information. As shown below, the user must enter the correct pin number for the KeyKrafter kiosk to work.



KeyHero HD Associate Training Video
https://www.youtube.com/watch?v=G2FP2r90chI

147.    Likewise, the user must enter the correct pin number for the MinuteKey kiosk to work.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

148.     Upon information and belief, the Accused Product identifies, using the third

hardware processor, second stored geometric information about one or more keys that can be

made in response to verifying that the fourth security information corresponds to the second

identifying information, wherein the second stored geometric information includes the second

geometric information but does not include the first geometric information. As shown below, the

KeyKrafter kiosk identifies digital copies of keys associated with the specific user.



https://www.youtube.com/watch?v=G2FP2r90chI

149.    Upon information and belief, the MinuteKey kiosk likewise identifies the digital keys associated with the specific user, as evidenced by the fact that the kiosk gives the user the option to print a physical duplicate of a saved key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

150.    Upon information and belief, the Accused Product receives, using the third hardware processor, the second geometric information from the remote storage device based on the verification that the fourth security information corresponds to the second security information. As shown below, the kiosk receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

151.    The MinuteKey kiosk likewise receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.minutekey.com/ (MinuteKey)

152.    The Accused Product creates a fourth key using the second geometric information, including the second key's key type and bit heights. As shown below, the KeyKrafter kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

153.    Likewise, the MinuteKey kiosk cuts a physical duplicate of the key.



https://www.minutekey.com/ (MinuteKey)

154.    Claim 34 of the '468 Patent claims a method for creating keys, the method comprising:

receiving, using a first hardware processor, first geometric information about a first key from a first source, wherein the first geometric information includes a

first key type of the first key and first bit heights of the first key determined based on geometric information about the first key captured at the first source;

receiving, using the first hardware processor, first identifying information identifying a first user based on first security information specified by the first particular user;

causing, using the first hardware processor, the first geometric information and first identifying information based on the first security information to be stored in a storage device coupled to the first hardware processor;

receiving, using the first hardware processor, second geometric information about a second key from a second source, wherein the second geometric information includes a second key type of the second key and second bit heights of the second key determined based on geometric information about the second key captured at the second source;

receiving, using the first hardware processor, second identifying information identifying a second particular user based on second security information specified by the second particular user;

causing, using the first hardware processor, the second geometric information and second identifying information based on the second security information to be stored in the storage device coupled to the first hardware processor;

receiving, using a second hardware processor, third security information, wherein the third security information corresponds to the first identifying information but not the second identifying information;

verifying, using the second hardware processor, that the third security information corresponds to the first identifying information;

identifying, using the second hardware processor, first stored geometric information of one or more keys that can be made in response to verifying that the third security information corresponds to the first identifying information, wherein the first stored geometric information includes the first geometric information but does not include the second geometric information;

receiving, using a first communication network interface coupled to the second hardware processor, the first geometric information from the storage device based on the verification that the third security information corresponds to the first security information;

creating a third key based on the first geometric information, including the first key type and the first bit heights, received by the second hardware processor;

receiving, using a third hardware processor, fourth security information, wherein the fourth security information corresponds to the second identifying information but not the first identifying information;

verifying, using the third hardware processor, that the fourth security information corresponds to the second identifying information;

identifying, using the third hardware processor, second stored geometric information of one or more keys that can be made in response to verifying that the fourth security information corresponds to the second identifying information, wherein the second stored geometric information includes the second geometric information but does not include the first geometric information;

receiving, using a second communication network interface coupled to the third hardware processor, the second geometric information from the storage device based on the verification that the fourth security information corresponds to the second security information; and

creating a fourth key based on the second geometric information, including the second key type and the second bit heights, received by the third hardware processor.

155.   The Accused Product contains each of the above limitations.

156.   The Accused Product utilizes a method for creating keys.

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/

157.   The Accused Product receives, using a hardware processor, first geometric information about a first key from a first source, wherein the first geometric information includes a first key's key type and bit heights determined based on geometric information about the first key captured at the first source. As shown below, the user puts their key into the KeyKrafter kiosk so that a scanner can capture the key's geometric information, which includes the key's key type and bit heights as a physical duplicate of the key is later cut based on this received geometric information.  On information and belief, this geometric information is also received by the server processor.



https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)



https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.mykeyhero.com/how-to/

158.   Likewise, the user can put their key into the MinuteKey kiosk so that a scanner can capture the key's geometric information.   On information and belief, this geometric information is also received by the server processor.



https://www.mykeyhero.com/

https://www.minutekey.com/ (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

159.     The Accused Product receives, using the first hardware processor, first identifying information identifying a first user based on first security information specified by the first particular user. As shown below, the user enters information into the KeyKrafter kiosk to identify the user.  On information and believe, this identifying information is also received by the Accused Product's server processor.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

160.    As shown below, a user likewise enters information into the MinuteKey kiosk to identify the user.  On information and belief, this identifying information is also received by the Accused Product's server processor.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019

161.    Upon information and belief, the Accused Product causes, using the first hardware processor, the first geometric information and first identifying information based on the first security information to be stored in a storage device coupled to the first hardware processor. As shown below, the KeyHero system stores, on servers, the digital keys created from the KeyKrafter and MinuteKey kiosks that work in conjunction with the KeyHero system.

FAQS

# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

162.    The Accused Product receives, using the hardware processor, second geometric information about a second key from a second source, wherein the second geometric information includes a second key's key type and bit heights determined based on geometric information about the second key captured at the second source. As shown below, the user puts their key into the KeyKrafter kiosk so that a scanner can capture the key's geometric information, which includes the key's key type and bit heights as a physical duplicate of the key is later cut based on this received geometric information.  On information and belief, this geometric information is also received by the server processor.



https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)



https://www.youtube.com/watch?v=G2FP2r90chI (annotations added) (KeyKrafter)



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

HOW IT WORKS

# Scan. Save. Create a spare.

KeyHero makes it easy to create a digital backup for your key. Just scan your key at your local hardware store and save it to the KeyHero app. Then if you've lost your key or just need a spare, you can cut one without needing the original. You can also share your digital key with someone, so they can cut a spare.

https://www.mykeyhero.com/



https://www.mykeyhero.com/how-to/

163.   Likewise, the user can put their key into the MinuteKey kiosk so that a scanner can capture the key's geometric information.   On information and belief, this geometric information is also received by the server processor.



https://www.mykeyhero.com/

https://www.minutekey.com/ (MinuteKey)



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

164.   The Accused Product receives, using the first hardware processor, second identifying information identifying a second particular user based on second security information specified by the second particular user. As shown below, a user enters information into the KeyKrafter kiosk to identify the user.  On information and belief this identifying information is also received by the server processor.



https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

165.    As shown below, a user likewise enters information into the MinuteKey kiosk to identify the user.  On information and belief this identifying information is also received by the server processor.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

166.    Upon information and belief, the Accused Product causes, using the first hardware processor, the second geometric information and second identifying information based on the second security information to be stored in the storage device coupled to the first hardware processor. As shown below, the KeyHero system stores, on servers, the digital keys created from the KeyKrafter and MinuteKey kiosks that work in conjunction with the KeyHero system.

FAQS

# Where is the information stored?

Your digital keys are backed up to the UniKey™ servers using military-grade encryption to keep your key secure.

https://www.mykeyhero.com/faq/where-is-the-information-stored.html

167.    The Accused Product receives, using a second hardware processor, third security information, wherein the third security information corresponds to the first identifying information but not the second identifying information. As shown below, a specific KeyKrafter kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

168.    Likewise, a specific MinuteKey kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

169.    Upon information and belief, the Accused Product verifies, using the second hardware processor, that the third security information corresponds to the first identifying information. As shown below, the user must enter the correct pin number for the KeyKrafter kiosk to work.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

170.     Likewise, the user must enter the correct pin number for the MinuteKey kiosk to work.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

171.     Upon information and belief, the Accused Product identifies, using the second hardware processor, first stored geometric information of one or more keys that can be made in response to verifying that the third security information corresponds to the first identifying information, wherein the first stored geometric information includes the first geometric

information but does not include the second geometric information. As shown below, the

KeyKrafter kiosk identifies digital copies of keys associated with the specific user.



https://www.youtube.com/watch?v=G2FP2r90chI

172.    Upon information and belief, the MinuteKey kiosk likewise identifies the digital

keys associated with the specific user, as evidenced by the fact that the kiosk gives the user the

option to print a physical duplicate of a saved key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

173.    Upon information and belief, the Accused Product receives, using a first communication network interface coupled to the second hardware processor, the first geometric information from the storage device based on the verification that the third security information corresponds to the first security information. As shown below, the KeyKrafter kiosk receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



https://www.youtube.com/watch?v=G2FP2r90chI



https://www.youtube.com/watch?v=G2FP2r90chI

174.   The MinuteKey kiosk likewise receives the digital key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of the key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.minutekey.com/ (MinuteKey)

175.    The Accused Product creates a third key based on the first geometric information, including the first key's key type and bit heights, received by the second hardware processor. As shown below, the KeyKrafter kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

176.    Likewise, the MinuteKey kiosk cuts a physical duplicate of the key.



https://www.minutekey.com/ (MinuteKey)

177.    The Accused Product receives, using a third hardware processor, fourth security information, wherein the fourth security information corresponds to the second identifying information but not the first identifying information. As shown below, a specific KeyKrafter kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

178.    Likewise, a specific MinuteKey kiosk is paired with a user's personal KeyHero application using a secure pin number that ensures the kiosk identifies the correct user and digital key copy.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

179.    Upon information and belief, the Accused Product verifies, using the third hardware processor, that the fourth security information corresponds to the second identifying information. As shown below, the user must enter the correct pin number for the KeyKrafter kiosk to work.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

180.    Likewise, the user must enter the correct pin number for the MinuteKey kiosk to work.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

181.    Upon information and belief, the Accused Product identifies, using the third hardware processor, second stored geometric information of one or more keys that can be made in response to verifying that the fourth security information corresponds to the second identifying information, wherein the second stored geometric information includes the second geometric information but does not include the first geometric information. As shown below, the KeyKrafter kiosk identifies digital copies of keys associated with the specific user.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI

182.    Upon information and belief, the MinuteKey kiosk likewise identifies the digital keys associated with the specific user, as evidenced by the fact that the kiosk gives the user the option to print a physical duplicate of a saved key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)

183.    Upon information and belief, the Accused Product receives, using a second communication network interface coupled to the third hardware processor, the second geometric information from the storage device based on the verification that the fourth security information

corresponds to the second security information. As shown below, the kiosk receives the digital

key's geometric information as evidenced by the fact that the kiosk cuts a physical duplicate of

the key.



https://www.youtube.com/watch?v=G2FP2r90chI



https://www.youtube.com/watch?v=G2FP2r90chI

184.    The MinuteKey kiosk likewise receives the digital key's geometric information as

evidenced by the fact that the kiosk cuts a physical duplicate of the key.



(Photo taken at the Fairfax, Virginia Lowes store on August 14, 2019)



https://www.minutekey.com/ (MinuteKey)

185.    The Accused Product creates a fourth key based on the second geometric information, including the second key's key type and bit heights, received by the third hardware processor. As shown below, the KeyKrafter kiosk cuts a physical duplicate of the key.



KeyHero HD Associate Training Video

https://www.youtube.com/watch?v=G2FP2r90chI (KeyKrafter)

186.    Likewise, the MinuteKey kiosk cuts a physical duplicate of the key.



https://www.minutekey.com/ (MinuteKey)

187.    Upon information and belief, since at least December 22, 2017, Hillman had knowledge of the '468 Patent and has induced and continues to induce others to infringe at least one claim of the '468 Patent under 35 U.S.C. § 271(b) by, among other things, actively aiding

and abetting others to infringe with specific intent or willful blindness, such others including, but not limited to, Hillman's retail customers and end users, whose use of the Accused Product constitutes direct infringement of at least claims 1, 16, 19, and 34 of the '468 Patent.

188.    On December 22, 2017, Hillman submitted an information disclosure statement ("IDS") to the USPTO pursuant to its duty of candor to the USPTO during prosecution of U.S. Patent Application No. 15/414,323. *See* **Exhibit B**.  On that IDS, Hillman listed KeyMe's U.S. Patent Application No. 2013/0170693. *Id.* at 5. That KeyMe reference, which is the publication of U.S. Patent Application No. 13/734,064, is from the same patent family as the '468 Patent, shares the same specification, and was filed on the same day as the '468 Patent. On information and belief, Hillman also had knowledge of the related '468 Patent, which issued over three years before Hillman submitted this IDS.

189.    Alternatively, upon information and belief, Hillman had knowledge of the '468 Patent since at least August 2018 when Hillman acquired Minute Key.  Upon information and belief, Minute Key had knowledge of the '468 Patent since at least October 22, 2015. On October 22, 2015, Minute Key submitted an IDS to the USPTO pursuant to its duty of candor to the USPTO during prosecution of U.S. Patent Application No. 14/920,060. *See* **Exhibit C**. On that IDS, Minute Key listed the '468 Patent. *Id.* at 1.  On information and belief, Minute Key gained further awareness of the '468 Patent during the *Minute Key, Inc. v. KeyMe, Inc.* Minnesota litigation, which ended in late February 2017.  Upon information and belief, Hillman conducted diligence during the acquisition of Minute Key and learned of the '468 Patent.  In addition, Minute Key's knowledge of the '468 Patent is attributable to Hillman after Hillman's acquisition of Minute Key in August 2018.

190.     Hillman's pre-suit knowledge of the '468 Patent is further demonstrated by the June 3, 2019 Complaint that Hillman filed against KeyMe in the Eastern District of Texas, which discusses the '468 Patent.  *See The Hillman Group, Inc. v. KeyMe, Inc.*, Civil Action No. 2:19-cv-209 (E.D. Tex.), D.I. 1, ¶¶ 51-53 (**Exhibit D**).

191.     Hillman's actions that aid and abet others, such as its retail customers and end users, to infringe include advertising and marketing the Accused Product and providing instruction materials, training, and services regarding the Accused Product.

192.     Upon information and belief, Hillman is liable for contributory infringement of the '468 Patent under 35 U.S.C. § 271(c) for offering to sell and selling in the United States the Accused Product to be especially made or adapted for use to infringe the '468 Patent.  The Accused Product is a material component for use in practicing the '468 Patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing use.

193.     As a consequence of each of Hillman's direct and indirect infringement, both literal and under the doctrine of equivalents, of the '468 Patent, KeyMe has been, and continues to be, damaged in an amount not yet determined and is entitled to recover damages pursuant to 35 U.S.C. § 284.

194.     Upon information and belief, Hillman's infringement of the '468 Patent will continue in the future, and KeyMe will continue to suffer damages as a consequence unless Hillman's infringing acts are enjoined by this Court.

195.     Upon information and belief, Hillman's infringement of the '468 Patent has been, and continues to be, willful. Since December 22, 2017, and certainly since August 2018, Hillman knew of the '468 patent.  Despite this awareness, Hillman launched KeyHero in 2018-2019 knowing that it infringes the '468 patent.  KeyMe is entitled to enhanced damages.

## DEMAND FOR JURY

Plaintiff KeyMe demands a trial by jury of any and all causes of action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff KeyMe prays for the following relief:

a.      An adjudication that Defendant Hillman has directly and indirectly infringed the '468 Patent either literally or under the doctrine of equivalents;

b.      An accounting of all infringing sales and damages including, but not limited to, those sales and damages not presented at trial;

c.      An adjudication that Hillman, its officers, directors, agents, servants, employees, attorneys, affiliates, divisions, branches, parents, and those persons in active concert or participation with any of them, be permanently restrained and enjoined from directly infringing the '468 Patent;

d.      An award of damages pursuant to 35 U.S.C. § 284 sufficient to compensate KeyMe for Hillman's past infringement, including compensatory damages;

e.      An assessment of pre-judgment and post-judgment interest and costs against Hillman, together with an award of such interest and costs, in accordance with 35 U.S.C. § 284;

f.      An adjudication that Hillman's infringement has been willful and an award of treble damages;

g.      An adjudication that Hillman be directed to pay enhanced damages, including KeyMe's attorneys' fees incurred in connection with this lawsuit pursuant to 35 U.S.C. § 285; and

h.      An award to KeyMe of such other and further relief as this Court may deem just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mflynn@mnat.com
jlyons@mnat.com

*Attorneys for Plaintiff KeyMe, LLC*

OF COUNSEL:

Michael G. Rhodes
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(415) 693-2000

Stephen Smith
Rose S. Whelan
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 842-7800

August 16, 2019