IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYME, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 19-1539 (LPS) |
| | ) |
| THE HILLMAN GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the appearances of Michael G. Rhodes, Stephen Smith and Rose S. Whelan of COOLEY LLP, are hereby withdrawn and the appearance of Sean S. Pak, David A. Nelson, Eric Hui-chieh Huang, Jeff Nardinelli and Zachary Flood of QUINN EMANUEL URQUHART & SULLIVAN, LLP are hereby entered on behalf of Plaintiff KeyMe, LLC.

Plaintiff KeyMe, LLC will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mflynn@mnat.com
jlyons@mnat.com

*Attorneys for Plaintiff KeyMe, LLC*

March 5, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 5, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>*Attorneys for Defendant The Hillman Group, Inc.* | *VIA ELECTRONIC MAIL* |
| Christopher P. Isaac, Esquire<br>Ryan P. O'Quinn, Esquire<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>*Attorneys for Defendant The Hillman Group, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)